UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE: Kathy T Futral

DEBTOR(s)

CASE NO. 17-90732-BHL-13

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2017, a copy of the CHAPTER 13 PLAN and the NOTICE OF FILING OF CHAPTER 13 PLAN were filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Joseph M. Black    jmbecf@trustee13.com, jmbecf@cinergymetro.net
Lloyd E Koehler5    lloydkoehler@hotmail.com, cherylgullett@koehlerlawoffice.com;KoehlerECF@gmail.com;paulamoney@koehlerlawoffice.com;allisonh@koehlerlawoffice.com
U.S. Trustee    ustpregion10.in.ecf@usdoj.gov

I further certify that on May 16, 2017, a copy of the CHAPTER 13 PLAN and the NOTICE OF FILING OF CHAPTER 13 PLAN were mailed by first-class U.S. Mail, postage prepaid, and properly addressed to those persons listed on the attached matrix at the addresses shown therein.

/s/ Joseph M. Black, Jr.
Joseph M. Black, Jr., Chapter 13 Trustee
PO Box 846
Seymour, IN  47274
Phone: (812)524-7211
Fax:    (812)523-8838
Email: jblacktrustee@trustee13.com

```
Label Matrix for local noticing        Attorney General of the United States    Joseph M. Black Jr.
0756-4                                  U.S. Department of Justice               Office of Joseph M. Black, Jr.
Case 17-90732-BHL-13                    950 Pennsylvania Ave NW                  PO Box 846
Southern District of Indiana            Washington, DC 20530-0001                Seymour, IN 47274-0846
New Albany
Tue May 16 10:19:50 EDT 2017

Crdt Clearha                            Kathy T Futral                           Gla Collect
Pob 1209                                115 Franklin Drive                       2630 Gleeson Ln
Louisville, KY 40201-1209               New Albany, IN 47150-4556                Louisville, KY 40299-1772


Gm Financial                            Imc Credit                               Indiana Department of Revenue
Po Box 181145                           6955 Hillsdale Court                     Bankruptcy Division
Arlington, TX 76096-1145                Indianapolis, IN 46250-2054              100 N. Senate Ave. #N-240
                                                                                 Indianapolis, IN 46204-2231


Internal Revenue Service                Koehler Law Office                       Lloyd E Koehler5
c/o Central Insolvency                  400 Pearl St, Ste 200                    400 Pearl Street Ste 200
P.O. Box 7346                           New Albany, IN 47150-3451                New Albany, IN 47150-3451
Philadelphia, PA 19101-7346


One Vsn Fcu                             Oneadvantage                             Onemain
206 W. Lewis & Clark Parkway            1232 W State Road 2                      Po Box 1010
Clarksville, IN 47129-1646              La Porte, IN 46350-5469                  Evansville, IN 47706-1010


Personal Fin                            (p)TOYOTA MOTOR CREDIT CORPORATION       U.S. Attorney's Office
316 Grant Line Ctr                      PO BOX 8026                              10 W Market St Ste 2100
New Albany, IN 47150-2103               CEDAR RAPIDS IA 52408-8026               Indianapolis, IN 46204-1986


U.S. Trustee
Office of U.S. Trustee
101 W. Ohio St.. Ste. 1000
Indianapolis, IN 46204-1982
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Toyota Motor Credit                     End of Label Matrix
19001 S. Western Ave.                   Mailable recipients    18
POB 2958                                Bypassed recipients     0
Torrance, CA 90501                      Total                  18
```